UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CARRIE Y. GOLDEN,

      Plaintiff,                              Case No. 3:19-cv-64

vs.

COMMISSIONER OF SOCIAL SECURITY,      District Judge Thomas M. Rose
                                        Magistrate Judge Michael J. Newman

      Defendant.

## ORDER

      This Social Security disability appeal is before the Court on *pro se* Plaintiff's complaint filed on March 4, 2019 and the administrative record filed by the Commissioner on May 21, 2019. On July 9, 2019, this Court issued an Order to Show Cause as to why Plaintiff's appeal should not be dismissed for her failure to file a Statement of Errors within 45 days after service of the administrative record, as mandated by S.D. Ohio Civil Rule 8.1(b). *Pro se* Plaintiff filed a response to the Order to Show Cause on July 19, 2017, which the undersigned liberally construes as satisfying her burden to Show Cause.

      The Court hereby **ORDERS** *pro se* Plaintiff to file her Statement of Errors on or before **August 13, 2019**. Pursuant to the Local Rule 8.1(b), the Statement of Errors must set forth the specific grounds upon which Plaintiff seeks reversal or remand. The statement shall be organized in the form of a memorandum in support of Plaintiff's position and shall also include PageID references to the administrative record as well as citations of applicable law and supporting authority. Plaintiff is **ADVISED** that failure to file her Statement of Errors in accordance with Rule 8.1 (b) on or before **August 13, 2019** may result in the dismissal of this case for failure to prosecute.

Finally, the Court advises Plaintiff of the free legal services provided by the Dayton Volunteer Lawyers Project should she seek to be represented by counsel in this appeal.  The phone number for VLP's intake services is 1-888-534-1432.

**IT IS SO ORDERED.**

Date:  July 24, 2019                    s/ Michael J. Newman
                                        Michael J. Newman
                                        United States Magistrate Judge